**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Anthony SCALES, Defendant–
Appellant.**

No. 07–6226.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 21, 2007.

Anthony Scales, Appellant Pro Se. Mark Alex Grider, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Scales seeks to appeal from the district court's order denying his request for appointment of counsel at the government's expense. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Scales seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Scales' motion for appointment of counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*